IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**UNITED STATES OF AMERICA**

**v.**                                              CRIMINAL NO. 3:25-cr-00154-01

**JOSHUA WILLIE MCCARVER**
       also known as "TJ"

MOTION OF UNITED STATES TO
REVOKE THE ORDER RELEASING DEFENDANT ON BOND

# EXHIBIT 1-A
# RECORDING