IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:25-cr-00154-01

JOSHUA WILLIE MCCARVER
    also known as "TJ"

MOTION OF UNITED STATES TO
REVOKE THE ORDER RELEASING DEFENDANT ON BOND

# SEALED
# EXHIBITS 2, 3 AND 4